UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| GLOBAL ONE FINANCIAL, A DIVISION OF SYNOVUS BANK,<br><br>    Plaintiff,<br><br>v.<br><br>NORA HERRERA, in her capacity as Trustee of the ERNESTO HERRERA 2017 IRREVOCABLE TRUST, ERNESTO HERRERA, in his capacity as Trustee of the NORA HERRERA 2017 IRREVOCABLE TRUST, ERNESTO HERRERA, in his capacity as Trustee of the NORA ISELA HERRERA 2012 IRREVOCABLE TRUST, NORA HERRERA, individually, and ERNESTO HERRERA, individually,<br><br>    Defendants. | CASE NO.: 4:23-cv-00078-CDL |

ORDER

Before the Court is Plaintiff Global One Financial ("Global One"), a Division of Synovus Bank's Motion for Default Judgment. Having considered the Motion, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Pursuant to Fed. R. Civ. P. 55, Global One is entitled to default judgment in its favor and against Defendants as to all allegations in Global One's Complaint and in Defendants' Counterclaims.

The Court further finds that based on the well-plead allegations in the Complaint, all of which Defendants are deemed to have admitted as a result of their default, and the additional evidence submitted along with its Motion, Global One is entitled to and award of $329,038.35 in

2

compensatory damages, plus $51,117.56 in default interest and $38,040.59 in attorneys' fees, against Defendants jointly and severally.  The Clerk shall enter judgment accordingly.

SO ORDERED, this 20th day of June, 2024.

                                                S/Clay D. Land
                                      Clay D. Land
                                      United States District Judge
                                      Middle District of Georgia