IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

GLOBAL ONE FINANCIAL                          *
*a Division of Synovus Bank*,

                                             *

                   Plaintiff,

v.                                            *

NORA HERRERA, in her capacity as Trustee     *
of the ERNESTO HERRERA 2017
IRREVOCABLE TRUST, ERNESTO                    *       Case No. 4:23-cv-78(CDL)
HERRERA, in his capacity as Trustee of the
NORA HERRERA 2017                             *
IRREVOCABLETRUST, ERNESTO
HERRERA, in his capacity as Trustee of the   *
NORA ISELA HERRERA 2012
IRREVOCABLE TRUST, NORA HERRERA,             *
individually, and ERNESTO HERRERA,
individually,                                 *

                  Defendants.                   *

# D E F A U L T   J U D G M E N T

Pursuant to this Court's Order dated June 20, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff against Defendants, jointly and severally, in the amount of $329,038.35 in compensatory damages, plus $51,117.56 in default interest and $38,040.59 in attorney's fees.  The amounts shall accrue interest from the date of entry of judgment at the rate of 5.12% per annum until paid in full.  Plaintiff shall also recover any additional costs of this action.

This 20th day of June, 2024.

David W. Bunt, Clerk


s/ Terrie L. Potts, Deputy Clerk